UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANDREW GRIFFITHS, | ) | CASE NO.   4:23CV199 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER AND JUDGMENT ENTRY |
| WARDEN FERNANDA GARZA, | ) | |
| | ) | |
| Respondent. | ) | |

In this petition, Petitioner Andrew Griffiths contends that the Bureau of Prisons is improperly refusing to allow him to accrue credits under the First Step Act due to a detainer. However, subsequent to Petitioner's filing, "on February 6, 2023, the BOP issued Change Notice-1 to Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) ... which ... removed unresolved pending charges and/or detainers as a disqualifying factor for the application of FSA earned time credits." *Alatorre, v. Warden Derr*, No. CV 22-00516 JMS-WRP, 2023 WL 2599546, at *2 (D. Haw. Mar. 22, 2023). Accordingly, Petitioner is no longer ineligible and there no longer exists a case or controversy for this Court to resolve.    Accordingly, this petition is hereby DENIED AS MOOT, and this matter is hereby DISMISSED.[1]  *See id.* at *5-6.

       IT IS SO ORDERED.

Date: March 29, 2023

                                                                  */s/ John R. Adams*
                                                                  JOHN R. ADAMS
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] A review of the BOP website indicates that as a result of this policy, Petitioner was released from custody on February 16, 2023.